JS-6

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

**LISA JOHNSON,**                              )   Case No.  2:11-cv-05768-GAF -AGR
                                               )
Plaintiff,                                     )   **ORDER**
                                               )
         vs.                                   )
                                               )
**MONARCH RECOVERY**                           )
**MANAGEMENT, INC.,**                          )
                                               )
Defendant.                                     )

        IT IS HEREBY ORDERED that pursuant to the Stipulation of the parties to dismiss this case with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), the entire case is dismissed with prejudice.  Each party shall bear their own costs and expenses.

Dated this 6th day of June, 2012.


_____
The Honorable Gary A. Feess